UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for NewRez LLC d/b/a Shellpoint*
*Mortgage as servicer for FirstKey Master*
*Funding 2021-A Collateral Trust, U.S. Bank*
*Trust National Association as Collateral Trust*
*Trustee*

In re:

Melissa Wilson
*aka* Melissa Hall

                                    Debtor.

Chapter: 13

Case No.: 24-21043-JKS

Judge John K. Sherwood

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, NewRez LLC d/b/a Shellpoint Mortgage as servicer for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee, files its Objection to Confirmation of Plan and states:

1.     Creditor holds the note and first mortgage on the property located at 18 Estate Dr., Wantage Twp, New Jersey 07461.

2.     Creditor filed Proof of Claim 9-1 in the amount of $193,643.31, including an arrearage in the amount of $129,933.70.

3.     The Debtor's proposed Chapter 13 Plan includes an arrearage amount of $72,752.10 and notes an intent to seek a loan modification.

4.     In the event the loan modification is denied, or the loss mitigation is not authorized, pursuant to Section 1322(b)(5) of the Bankruptcy Code, the Debtor's Plan should be modified to conform to Creditor's Proof of Claim by reflecting the ongoing maintenance of payments, as well as the total arrearage owed.

5.     Moreover, the total arrearage should be paid in equal monthly payments, pursuant to Section 1325(a)(5)(B)(iii)(I) of the Bankruptcy Code.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

Stewart Legal Group, P.L.,
attorney for NewRez LLC d/b/a Shellpoint Mortgage as servicer for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee

Dated: June 25, 2025

By:     */s/Gavin N. Stewart*
Gavin N. Stewart, Esq.